# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

FREDERICK OLMSTEAD and ROBERTA OL

            Plaintiff(s),

*MEDIATION CERTIFICATION*

    18 - cv - 06058

    v.

DELL INC.

            Defendant(s).

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on 06/04/2018.

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☑ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 06/04/2018        *Mediator:* /S/ Steven V. Modica

**Additional Comments:**

_____
_____
_____

[ Print ]   [ Clear Form ]